1
2
3
4
5
6
7
8 # United States District Court
9 ## Central District of California
10

| | |
|---|---|
| UNITED STATES OF AMERICA | Case № 2:15-CR-00446-ODW-3 |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION PURSUANT TO 18 U.S.C. § 3582(c) FOR COMPASSIONATE RELEASE FROM CUSTODY [DE-246]** |
| vs. | |
| JOHN LEE JACKSON, | |
| Defendant. | |

Having considered Defendant John Lee Jackson's Motion for Reduction of Sentence pursuant to 18 U.S.C. §3582(c)(1)(A) and the government's non-opposition to the motion, and good cause appearing to the Court, IT IS HEREBY ORDERED THAT:

1. Under 18 U.S.C. §3582(c)(1)(A) the Court may "reduce the term of imprisonment" after considering the factors in 18 U.S.C. §3553(a) and finding that: (1) "extraordinary and compelling reasons warrant such reduction"; and (2) that such a reduction is "consistent with applicable policy statements

issued by the Sentencing Commission." The Court finds such reasons exist and modifies Defendant Jackson's sentence by reducing it to **time served.**

2. Under 18 U.S.C. §3582(c)(1)(A), the Court may "impose a term of . . . supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment." Pursuant to this authority, the Court imposes a new, additional term of supervised release to run through the unserved portion of defendant's original term of imprisonment - - to and including defendant's current calculated release date of December 1, 2021.

   a. The terms of such supervised release shall be the same as the terms of supervised release specified in the March 20, 2017 judgment and commitment order, with the exception that the following General Order shall apply: General Order 20-04.

   b. In addition, defendant shall serve this additional term of supervised release in home detention. During the period of home detention, the following terms and conditions shall apply:

      i. Defendant shall participate in location monitoring, which may include radiofrequency monitoring, GPS, or voice activation technology.

      ii. Defendant shall be restricted to his residence at all times, except for medical or other emergencies, or at the discretion of the Probation Officer.

3. Before being released from BOP custody, defendant shall submit to a 14-day quarantine at Victorville Medium I FCI, which the parties believe the defendant has already begun.

4. After the 14-day quarantine, Defendant shall submit to a health screening by BOP and, if Defendant is found to be exhibiting symptoms consistent with COVID-19 or he is confirmed to have COVID-19, he shall not be released to the public absent further order of the Court.

5. During the period of supervised release, Defendant shall comply with national, state, and local public health orders regarding COVID-19.

6. Upon completion of this term of supervised release, Defendant shall serve the original term of supervised release specified in the March 20, 2917 Judgment and Commitment Order, with the exception that the following General Order shall apply: General Order 20-04.

**IT IS SO ORDERED.**

DATED:  November 13, 2020

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE